**RECEIVED**
IN LAKE CHARLES, LA

MAY 2 2 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ROLANDO LEONARD | : | DOCKET NO. 2:09-cv-360 SECTION P |
| VS. | : | JUDGE MINALDI |
| MICHAEL MUKASEY, ET AL. | : | MAGISTRATE JUDGE KAY |

## ORDER

Rolando Leonard filed a *habeas corpus* petition in the above-captioned matter on March 4, 2009. Doc. 1. On May 15, 2009, the government filed a Motion to Dismiss with exhibits, representing to the court that Mr. Leonard was removed from the United States pursuant to an order of deportation on April 15, 2009. Doc. 8.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, petitioner Mr. Leonard shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this 22 day of May, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE